**UNITED STATES COURT OF INTERNATIONAL TRADE**

FORM 5

**INFORMATION STATEMENT**

(*Place an "X" in applicable [ ]*)

| | |
|---|---|
| **PLAINTIFF:** <br> _____ <br><br> **ATTORNEY** (*Name, Address, Telephone No.*): | |

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: **[ ]**

**JURISDICTION**

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

[ ] Appraisal  [ ] Classification  [ ] Charges or Exactions  [ ] Vessel Repairs
[ ] Exclusion  [ ] Liquidation  [ ] Drawback
[ ] Refusal to Reliquidate  [ ] Rate of Duty  [ ] Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

[ ] Appraisal  [ ] Classification  [ ] Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

(*Provide a brief description of the administrative determination you are contesting, including any relevant **Federal Register** or **Administrative Determination** citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause _____ Agency _____

*Federal Register* or *Administrative Determination* Cite(s) _____

Product(s) _____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

[ ] U.S. Secretary of Labor  [ ] U.S. Secretary of Commerce  [ ] U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency:  [ ] U.S. International Trade Commission  [ ] Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

[ ] Sec. 641(b)(2)  [ ] Sec. 641(b)(3)  [ ] Sec. 641(c)(1)  [ ] Sec. 641(b)(5)
[ ] Sec. 641(c)(2)  [ ] Sec. 641(d)(2)(B)  [ ] Sec. 499(b)

**JURISDICTION**
(Continued)

**28 U.S.C. § 1581(h) - Ruling relating to:**

[ ] Classification         [ ] Valuation         [ ] Restricted Merchandise
[ ] Rate of Duty           [ ] Marking           [ ] Entry Requirements
[ ] Drawbacks              [ ] Vessel Repairs    [ ] Other: _____

_____

**28 U.S.C. § 1581(i)** - (*Cite any applicable statute and provide a brief statement describing jurisdictional basis.*)

**28 U.S.C. § 1582 - Actions Commenced by the United States**

[ ] (1) Recover civil penalty under Tariff Act of 1930:
    [ ] Sec. 592         [ ] Sec. 593A          [ ] Sec. 641(b)(6)
    [ ] Sec. 641(d)(2)(A)   [ ] Sec. 704(i)(2)    [ ] Sec. 734(i)(2)
[ ] (2) Recover upon a bond
[ ] (3) Recover customs duties

**R E L A T E D   C A S E (S)**

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

|               | PLAINTIFF | COURT NUMBER | JUDGE |
|---------------|-----------|--------------|-------|
| [ ] Decided:  |           |              |       |
| [ ] Pending:  |           |              |       |

(Attach additional sheets, if necessary.)

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018.)